UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51215
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SANDRA ALVAREZ RENTERIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(P-98-CR-153-2)

_____

March 2, 2000

Before HIGGINBOTHAM and PARKER, Circuit Judges, and JACK,[*] District
Judge.

PER CURIAM:[**]

    AFFIRMED.  See 5th Cir. R. 47.6.

_____

    [*]District Judge of the Southern District of Texas, sitting by
designation.

    [**]  Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.